1  Steven J. Boranian (SBN 174183)
   Email: sboranian@reedsmith.com
2  Joshua B. Marker (SBN 267569)
   Email: jmarker@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
5  Facsimile:     +1 415 391 8269

6  Attorneys for Defendants
   Biomet Orthopedics, LLC, Biomet, Inc., and
7  Biomet, LLC

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | ROBERT NAPIER,                        | No.: 12-CV-3440-PJH
11 |         Plaintiff,                    | **[PROPOSED] STIPULATED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
12 |     vs.                               |
13 | BIOMET ORTHOPEDICS, LLC, BIOMET, INC., and BIOMET, LLC, |
14 |                                       | Honorable Phyllis J. Hamilton
15 |         Defendants.                   |

12-CV-3440-PJH

Plaintiff Robert Napier ("Plaintiff") and Defendants Biomet Orthopedics, LLC and Biomet, Inc. ("Biomet" or "Defendants") hereby submit, through the undersigned, the following Stipulation To Continue Case Management Conference.[1]

This case involves allegations relating to a Biomet M2a hip implant device.  On October 2, 2012, the Judicial Panel on Multidistrict Litigation ("JPML") issued a transfer order involving Biomet M2a hip implant devices for consolidated pretrial proceedings.  On October 9, 2012 the JPML issued a Conditional Transfer Order, to which this case was subject, which was finalized on October 17, 2012.  The Parties expect that this case will be transferred to *In re: Biomet M2A Magnum Hip Implant Products Liability Litigation,* Northern District of Indiana, MDL No. 2391, in the immediate future.

IT IS THEREFORE STIPULATED AND AGREED by and among Plaintiffs and Defendants through the undersigned, to Continue the Case Management Conference to December 6, 2012 at 2:00 p.m., pending the transfer of this case to MDL No. 2391.

.
DATED:  October 22, 2012.

REED SMITH LLP


By      */s/ Steven J. Boranian**
     Steven J. Boranian
     Attorneys for Biomet Orthopedics, LLC, Biomet, Inc., and Biomet, LLC


SEEGER SALVAS LLP


By      */s/ Kenneth M. Seeger*
     Kenneth M. Seeger
     Attorneys for Plaintiff Mary Glancey

*Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i) regarding signatures, Steven J. Boranian hereby attests that concurrence in the filing of this document has been obtained.*

---

[1] Plaintiff's Complaint also names Biomet, LLC as a defendant, but there is no legal entity known as Biomet, LLC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2012

                                                _____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

12-CV-3440-PJH   - 3 -
[PROPOSED] STIPULATED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
US_ACTIVE-110916678.1-JBMARKER 10/22/2012 2:55 PM